# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| L. SEVILLE PARKS, | ) | 3:04-CV-0615-KJD (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 30, 2006 |
| RICHARD FALGE, | ) | |
| Defendant. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>      REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the court's order (Doc. #131), Plaintiff's Affidavit received on March 30, 2006, is **STRICKEN**.  The Clerk shall **RETURN** the Affidavit received March 30, 2006, to Plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   <u>     /s/                    </u>
          Deputy Clerk