1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

10

L. SEVILLE PARKS,

11

     Plaintiff,

12

v.

13

RICHARD FALGE, *et al.*,

14

     Defendants.

Case No. 3:04-CV-00615-KJD (RAM)

**ORDER**

15

16

     Before the Court for consideration is the Report and Recommendation (#137) of Magistrate

17

Judge Robert A. McQuaid, Jr. entered May 25, 2006, recommending that Plaintiff's Motion to

18

Dismiss (#136) be granted and Plaintiff's complaint be dismissed without prejudice.  The parties

19

have ten days from receipt to file objections to the Report and Recommendation.  See 28 U.S.C.

20

§ 636(b)(1)(C).  Although, the time to file objections has not passed, the Court will grant the relief

21

Plaintiff seeks.[1]  Moreover, the Court has reviewed the record in this case in accordance with 28

22

U.S.C. § 636(b)(1)(C) and Local Rule LR IB 3-2.  The Court determines that the Report and

23

Recommendation of the United States Magistrate Judge entered May 25, 2006, should be adopted.

24

Plaintiff seeks to terminate this litigation as he has already refiled his claims.

25

26

     [1]Defendants may object and insist that Plaintiff's complaint should be dismissed with prejudice.  The Court would overrule such an objection.

Accordingly, IT IS HEREBY ORDERED that the Report and Recommendation (#137) of Magistrate Judge Robert A. McQuaid, Jr. entered May 25, 2006, is **APPROVED** and **ADOPTED**.

IT IS FURTHER ORDERED that Plaintiff's Motion to Dismiss without Prejudice (#136) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

DATED this 1st day of June 2006.

Kent J. Dawson
United States District Judge

2